Craig M. Stainbrook, Calif. State Bar #160876
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
707.578.9333 phone
707.578.3133 fax

Warren L. Dranit, Calif. State Bar #160252
Karin P. Beam, Calif. State Bar #112331
SPAULDING MCCULLOUGH & TANSIL, LLP
90 South E Street, Suite 200
Santa Rosa, CA 95404
707.524.1900 phone
707.524.1906 fax

Attorneys for Plaintiff
FIRE INNOVATIONS, LLC

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| FIRE INNOVATIONS, LLC<br>(a California limited liability company)<br><br>Plaintiff<br><br>vs.<br><br>RIT RESCUE & ESCAPE SYSTEMS, INC.<br><br>Defendant.<br>_____/ | CASE NO. 3:09-cv-01703 BZ<br><br>**STIPULATION TO EXTEND TIME TO FILE INITIAL DISCLOSURES, EARLY SETTLEMENT STATEMENT, DISCOVERY PLAN, AND/OR ADR CERTIFICATION** |

The parties, by and through their respective attorneys of record, hereby stipulate to extend the deadline to file initial disclosures, early settlement statement, discovery plan and/or ADR Certification, by two weeks, thereby extending the deadline from July 6, 2009 to July 20,

*Stipulation to Extend Time to File*
*Initial Disclosures, Early Settlement*
*Statement, Discovery Plan, and/or ADR Certification*

1

1  2009.  Counsel for Plaintiff contacted John Faro, counsel for Defendant, on this date by phone,
2  and Mr. Faro had no objection to this continuation.
3  Dated: July 6, 2009

/s/ Craig M. Stainbrook
Craig M. Stainbrook
STAINBROOK & STAINBROOK, LLP
Attorneys for Plaintiff
FIRE INNOVATIONS, LLC

ORDER

It is so ordered.

Dated: July 6, 2009

Judge Bernard Zimmerman

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Stipulation to Extend Time to File Initial Disclosures*, *Early Settlement Statement, Discovery Plan, and/or ADR Certification*

2