Craig M. Stainbrook, Calif. State Bar #160876
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
707.578.9333 phone
707.578.3133 fax

Warren L. Dranit, Calif. State Bar #160252
Karin P. Beam, Calif. State Bar #112331
SPAULDING MCCULLOUGH & TANSIL, LLP
90 South E Street, Suite 200
Santa Rosa, CA 95404
707.524.1900 phone
707.524.1906 fax

Attorneys for Plaintiff
FIRE INNOVATIONS, LLC

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| FIRE INNOVATIONS, LLC<br>    (a California limited liability<br>    company)<br><br>        Plaintiff<br><br>    vs.<br><br>RIT RESCUE & ESCAPE SYSTEMS, INC.<br><br>        Defendant.<br>_____/ | CASE NO. 3:09-cv-01703 BZ<br><br>**STIPULATION TO EXTEND TIME TO FILE INITIAL DISCLOSURES, EARLY SETTLEMENT STATEMENT, DISCOVERY PLAN, AND/OR ADR CERTIFICATION AND REQUEST FOR CONTINUATION OF CASE MANAGEMENT CONFERENCE** |

The parties, by and through their respective attorneys of record, hereby stipulate to extend the date to file the early settlement statement and ADR Certification, from Monday, July 20, 2009 to Monday, August 10, 2009.

New counsel for defendant, RIT Rescue & Escape Systems, Inc., who has not yet appeared in this matter, has requested, and Plaintiff's counsel has granted, an extension of time for defendant to file an answer to the complaint. Accordingly, the parties hereby request and

*Stipulation to Extend Time to File Initial Disclosures,*
*Early Settlement Statement, Discovery Plan,*
*and/or ADR Certification and*                                    *CASE NO. 3:09-cv-01703 BZ*
*Request for Continuation of Case Management Conference*

stipulate to an extension of time for the filing the Initial Disclosures, Early Settlement Statement, Discovery Plan, and/or ADR Certification.

Further, the parties request that the Case Management Conference presently scheduled for Monday, August 3, 2009 be continued to <u>Monday, August 24, 2009</u>, or any subsequent date at the convenience of the Court.

DATED: <u>July 17, 2009</u>

Craig M. Stainbrook
STAINBROOK & STAINBROOK, LLP
Attorneys for Plaintiff
FIRE INNOVATIONS, LLC

DATED: <u>July 17, 2009</u>

Debra Albin-Riley, Calif. Bar #112602
ARENT FOX
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Attorneys for Defendant
RIT RESCUE & ESCAPE SYSTEMS, INC.

ORDER

It is so ordered.

DATED:    July 20, 2009

Judge Bernard Zimmerman

*Stipulation to Extend Time to File Initial Disclosures,*
*Early Settlement Statement, Discovery Plan,*
*and/or ADR Certification and*
*Request for Continuation of Case Management Conference*

*CASE NO. 3:09-cv-01703 BZ*

2