Craig M. Stainbrook, Calif. State Bar #160876
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
707.578.9333 phone
707.578.3133 fax

Warren L. Dranit, Calif. State Bar #160252
Karin P. Beam, Calif. State Bar #112331
SPAULDING MCCULLOUGH & TANSIL, LLP
90 South E Street, Suite 200
Santa Rosa, CA 95404
707.524.1900 phone
707.524.1906 fax


Attorneys for Plaintiff
FIRE INNOVATIONS, LLC

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| FIRE INNOVATIONS, LLC<br>     (a California limited liability company)<br><br>          Plaintiff<br><br>     vs.<br><br>RIT RESCUE & ESCAPE SYSTEMS, INC.<br><br>          Defendant.<br>_____/ | CASE NO. 3:09-cv-01703 BZ<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING AND TO EXTEND TIME TO FILE INITIAL DISCLOSURES, EARLY SETTLEMENT STATEMENT, DISCOVERY PLAN, AND/OR ADR CERTIFICATION** |

The parties, by and through their respective attorneys, hereby stipulate to extend the date for Defendant to file a responsive pleading from Friday, August 7, 2009 to <u>Friday, August 14, 2009</u>.


/   /   /

/   /

---

*Stipulation to Extend Time for Defendant to File a Responsive Pleading,*
*File Initial Disclosures, Early Settlement Statement,*
*Discovery Plan, and/or ADR Certification*                    *CASE NO. 3:09-cv-01703 BZ*

1

The parties further stipulate to an extension of time for filing the Initial Disclosures, Early Settlement Statement, Discovery Plan, and/or ADR Certification from Monday, August 10, 2009 to <u>Monday, August 17, 2009</u>.

DATED: <u>August 4, 2009</u>

_____
Craig M. Stainbrook
STAINBROOK & STAINBROOK, LLP
Attorneys for Plaintiff
FIRE INNOVATIONS, LLC

DATED: <u>August 5, 2009</u>

_____
Debra Riley
ARENT FOX
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Attorneys for Defendant
RIT RESCUE & ESCAPE SYSTEMS, INC.

ORDER

It is so ordered.

DATED: August 6, 2009

_____
Judge Bernard Zimmerman

*Stipulation to Extend Time for Defendant to File a Response Pleading,
File Initial Disclosures, Early Settlement Statement,
Discovery Plan, and/or ADR Certification*       CASE NO. 3:09-cv-01703 BZ

2