Debra J. Albin-Riley (SBN 112602)
Drew Hansen (SBN 218382)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:     213.629.7400
Facsimile:      213.629.7401
Email: drewhansen@arentfox.com
          riley.debra@arentfox.com

Attorneys for Defendant
RIT RESCUE & ESCAPE SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIRE INNOVATIONS, LLC, a California limited liability company,<br><br>                    Plaintiff,<br><br>v.<br><br>RIT RESCUE & ESCAPE SYSTEMS, INC., an Ohio corporation,<br><br>                    Defendant. | Case No.  3:09-cv-01703 BZ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RIT RESCUE & ESCAPE SYSTEMS, INC.'S REQUEST TO APPEAR BY TELEPHONE AT THE INITIAL CASE MANAGEMENT CONFERENCE** |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING DEFENDANT RIT RESCUE & ESCAPE SYSTEMS, INC.'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE

1   Having considered the August 13, 2009 request by Defendant RIT RESCUE & ESCAPE
2   SYSTEMS, INC. that its counsel of record, Arent Fox LLP, be permitted to appear at the August
3   24, 2009 Initial Case Management Conference at 4:00 p.m. in Courtroom G, and good cause
4   appearing therefor, IT IS HEREBY ORDERED that said request is **GRANTED**.

```
Counsel shall contact CourtCall, telephonic court appearances at
1-888-882-6878, and make arrangements for the telephonic
conference call.
```

Dated: August 13, 2009

_____
Judge Bernard Zimmerman

- 1 -

[~~PROPOSED~~] ORDER GRANTING DEFENDANT RIT RESCUE & ESCAPE SYSTEMS, INC.'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE

LA/179706.1

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

# PROOF OF SERVICE

I, Haewon Park, declare:

I am a resident of Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 West Fifth Street, 48th Floor, Los Angeles, California 90013-1065. On August 13, 2009, I served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING DEFENDANT RIT RESCUE & ESCAPE SYSTEMS, INC.'S REQUEST TO APPEAR BY TELEPHONE AT THE INITIAL CASE MANAGEMENT CONFERENCE**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

- ☐ by placing the document(s) listed above in a sealed FedEx envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx agent for delivery.

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☒ By electronically filing the foregoing document(s) with the Clerk of the United States District Court, Northern District, using its ECF System, which electronically notifies them and the addressees registered with said ECF System and listed below.

Craig M. Stainbrook
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, CA  95403
Tel:  707-578-9333
Fax:  707-578-3133

Warren L. Dranit
Karin P. Beam
SPAULDING MCCULLOUGH & TANSIL, LLP
90 South E Street, Suite 200
Santa Rosa, CA  95404
Tel:  707-524-1900
Fax:  707-524-1906

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same

ARENT FOX LLP
ATTORNEYS AT LAW
WASHINGTON

LA/179728.1

day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on August 13, 2009, at Los Angeles, California.

_____
Haewon Park

ARENT FOX LLP
ATTORNEYS AT LAW
WASHINGTON

- 2 -