Craig M. Stainbrook, Calif. State Bar #160876
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
707.578.9333 phone
707.578.3133 fax

Warren L. Dranit, Calif. State Bar #160252
Karin P. Beam, Calif. State Bar #112331
SPAULDING MCCULLOUGH & TANSIL, LLP
90 South E Street, Suite 200
Santa Rosa, CA 95404
707.524.1900 phone
707.524.1906 fax

Attorneys for Plaintiff
FIRE INNOVATIONS, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| FIRE INNOVATIONS, LLC (a California limited liability company)<br><br>Plaintiff<br><br>vs.<br><br>RIT RESCUE & ESCAPE SYSTEMS, INC.<br><br>Defendant. | CASE NO. 3:09-cv-01703 BZ<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR THE PARTIES TO EXCHANGE INITIAL DISCLOSURES UNDER FRCIvP RULE 26 |

The parties, by and through their respective attorneys, hereby stipulate to extend the date to exchange initial disclosures from Monday, August 17, 2009 to <u>Wednesday, August 26, 2009</u>.

/ / /

/ /

/

*Stipulation and [Proposed] Order*
*to Extend Time for the Parties to Exchange Initial Disclosures*

| | |
|---|---|
| 1 | DATED: August 17, 2009 |
| 2 | |
| 3 | *[signature]* |
| | Craig M. Stainbrook |
| 4 | STAINBROOK & STAINBROOK, LLP |
| | Attorneys for Plaintiff |
| 5 | FIRE INNOVATIONS, LLC |
| 6 | DATED: August 17, 2009 |

*[signature]*

Charles P. Rullman
Debra Albin-Riley, Calif. Bar #112602
ARENT FOX
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Attorneys for Defendant
RIT RESCUE & ESCAPE SYSTEMS, INC.

ORDER

It is so ordered.

DATED: August 17, 2009

*[signature]*

Judge Bernard Zimmerman

*Stipulation and [Proposed] Order*
*to Extend Time for the Parties to Exchange Initial Disclosures*

CASE NO. 3:09-cv-01703 BZ

2