Craig M. Stainbrook, Calif. State Bar #160876
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
707.578.9333 phone
707.578.3133 fax

Warren L. Dranit, Calif. State Bar #160252
Karin P. Beam, Calif. State Bar #112331
SPAULDING MCCULLOUGH & TANSIL, LLP
90 South E Street, Suite 200
Santa Rosa, CA 95404
707.524.1900 phone
707.524.1906 fax

Attorneys for Plaintiff
FIRE INNOVATIONS, LLC

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| FIRE INNOVATIONS, LLC (a California limited liability company) <br><br> Plaintiff <br><br> vs. <br><br> RIT RESCUE & ESCAPE SYSTEMS, INC. <br><br> Defendant. | CASE NO. 3:09-cv-01703 BZ <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF FIRE INNOVATIONS, LLC'S REQUEST TO APPEAR BY TELEPHONE AT THE INITIAL CASE MANAGEMENT CONFERENCE |

Having considered the August 18, 2009 request by Plaintiff Fire Innovations, LLC that its counsel, STAINBROOK & STAINBROOK, LLP, be permitted to appear at the August 24, 2009 Initial Case Management Conference at 4:00 p.m. in Courtoom G, and good cause appearing therefor, IT IS HEREBY ORDERED and said request is GRANTED.

DATED: August 19, 2009

_____
Judge Bernard Zimmerman

**Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.**