1  Craig M. Stainbrook, Calif. State Bar #160876
   STAINBROOK & STAINBROOK, LLP
2  412 Aviation Boulevard, Suite H
   Santa Rosa, California 95403
3  707.578.9333 phone
   707.578.3133 fax
4
   Warren L. Dranit, Calif. State Bar #160252
5  Karin P. Beam, Calif. State Bar #112331
   SPAULDING MCCULLOUGH & TANSIL, LLP
6  90 South E Street, Suite 200
   Santa Rosa, CA 95404
7  707.524.1900 phone
   707.524.1906 fax
8
   Attorneys for Plaintiff
9  FIRE INNOVATIONS, LLC

10

11              **UNITED STATES DISTRICT COURT**
12         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN FRANCISCO**
13

14  FIRE INNOVATIONS, LLC                CASE NO. 3:09-cv-01703 BZ
        (a California limited liability
15  company)
                                         ~~[PROPOSED]~~ **ORDER GRANTING**
16            Plaintiff                  **PLAINTIFF FIRE INNOVATIONS, LLC'S**
                                         **REQUEST TO APPEAR BY TELEPHONE AT**
17            vs.                        **THE INITIAL CASE MANAGEMENT**
                                         **CONFERENCE**
18  RIT RESCUE & ESCAPE SYSTEMS, INC.

19            Defendant.
    _____/
20

21      Having considered the August 18, 2009 request by Plaintiff Fire Innovations, LLC that its

22  counsel, STAINBROOK & STAINBROOK, LLP, be permitted to appear at the August 24, 2009 Initial

23  Case Management Conference at 4:00 p.m. in Courtroom G, and good cause appearing therefor,

24  IT IS HEREBY ORDERED and said request is GRANTED.

25  DATED:   August 19, 2009

26                                       _____
                                         Judge Bernard Zimmerman
27                                       **Counsel shall contact CourtCall,**
                                         **telephonic court appearances**
28                                       **at 1-888-882-6878, and make**
    *[Proposed] Order Granting Plaintiff, Fire Innovations, LLC's*   **arrangements for the telephonic**
    *Request to Appear by Telephone at the*                          **conference call.**
    *Initial Case Management Conference*         1