UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRE INNOVATIONS, LLC,<br><br>Plaintiff(s),<br><br>V.<br><br>RIT RESCUE & ESCAPE SYSTEMS, INC.,<br><br>Defendant(s). | No. C09-1703 BZ<br><br>**ORDER SETTING FURTHER STATUS CONFERENCE** |

Following the initial case management conference held on August 24, 2009, where both parties were represented by counsel, **IT IS HEREBY ORDERED** that counsel for both parties meet in person, with their respective clients if necessary, in an effort to settle this case. If the parties are unable to resolve the case, a further status conference is set for **Monday, September 21, 2009 at 4 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. By no later than **Wednesday, September 16, 2009**, the parties shall submit a proposed

1

schedule to comply with the Patent Local Rules.  If they cannot agree, each party shall submit its proposed schedule.

Dated: August 24, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FIRE INNOVATIONS V. RIT RESCUE\ORD SETTING FURTHER STATUS CONF.wpd