1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11                                    )
    FIRE INNOVATIONS, LLC,            )
12                                    )      No.  C09-1703 BZ
              Plaintiff(s),           )
13                                    )
                                      )      **ORDER SETTING FURTHER**
14       V.                           )      **STATUS CONFERENCE**
                                      )
15                                    )
                                      )
16  RIT RESCUE & ESCAPE SYSTEMS,)
    INC.,                             )
17                                    )
              Defendant(s).           )
18  _____  )

19        Following the initial case management conference held on

20   August 24, 2009, where both parties were represented by

21   counsel, **IT IS HEREBY ORDERED** that counsel for both parties

22   meet in person, with their respective clients if necessary, in

23   an effort to settle this case.  If the parties are unable to

24   resolve the case, a further status conference is set for

25   **Monday, September 21, 2009 at 4 p.m.** in Courtroom G, 15th

26   Floor, Federal Building, 450 Golden Gate Avenue, San

27   Francisco, California 94102.  By no later than **Wednesday,**

28   **September 16, 2009**, the parties shall submit a proposed

                                    1

1   schedule to comply with the Patent Local Rules.  If they

2   cannot agree, each party shall submit its proposed schedule.

3   Dated: August 24, 2009

4

5   _____

6                       Bernard Zimmerman
                   United States Magistrate Judge

7

8

G:\BZALL\-BZCASES\FIRE INNOVATIONS V. RIT RESCUE\ORD SETTING FURTHER STATUS
9   CONF.wpd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                2