Debra J. Albin-Riley (SBN 112602)
Drew Hansen (SBN 218382)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:     213.629.7400
Facsimile:      213.629.7401
Email: riley.debra@arentfox.com
           drewhansen@arentfox.com

Attorneys for Defendant
RIT RESCUE & ESCAPE SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRE INNOVATIONS, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>RIT RESCUE & ESCAPE SYSTEMS, INC., an Ohio corporation,<br><br>    Defendant. | Case No.  3:09-cv-01703 BZ<br><br>[~~PROPOSED~~] **ORDER APPROVING SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of Defendant RIT RESCUE & ESCAPE SYSTEMS, INC. to substitute Toni Kern and Steve R. Segura of Veatch Carlson, LLP, 700 S. Flower Street, 22nd Floor, Los Angeles, CA 90017-4209; telephone (213) 381-2861, facsimile (213) 383-6370; email tkern@veatchfirm.com and ssegura@veatchfirm.com, as attorneys of record in place and stead of Debra J. Albin-Riley, Arent Fox, LLP is hereby GRANTED.

Dated: September 3, 2009

_____
Judge Bernard Zimmerman

- 1 -

[PROPOSED] ORDER APPROVING SUBSTITUTION OF ATTORNEY

LA/186029.1

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES