**VEATCH CARLSON, LLP**
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
700 SOUTH FLOWER STREET, 22nd FLOOR
LOS ANGELES, CALIFORNIA 90017-4209
TELEPHONE (213) 381-2861
FACSIMILE (213) 383-6370

TONI KERN, State Bar No. 128607
tkern@veatchfirm.com

Attorneys for Defendant,
RIT RESCUE & ESCAPE SYSTEMS, INC.

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRE INNOVATIONS, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RIT RESCUE & ESCAPE SYSTEMS, INC., an Ohio corporation,<br><br>　　　　　Defendant. | CASE NO. CV 09-1703 BZ<br><br>[proposed] ORDER EXTENDING DEADLINE TO FILE PROPOSED SCHEDULE AND CONTINUING STATUS CONFERENCE |

/ / /

/ / /

- 1 -

1  GOOD CAUSE BEING SHOWN THEREFOR IT IS HEREBY ORDERED that
2 the counsel for both parties meet in person, with their respective clients if
3 necessary, in an effort to settle this case. If the parties are unable to resolve
4 the case, a further status conference is set for ___November 30___, 2009, at
5 4 p.m. in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Ave.,
6 San Francisco, California 94102. By no later than _November 23___, 2009,
7 the parties shall submit a proposed schedule to comply with the Patent Local
8 Rules. If they cannot agree, each party shall submit its proposed schedule.
9  IT IS SO ORDERED.

12 DATED: October 22, 2009       By: _____
13                                   Bernard Zimmerman
                                    United States Magistrate Judge

25 I:\WP\16635278\MTN-EXPARTE ORDER.wpd14