Craig M. Stainbrook, Calif. State Bar #160876
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
707.578.9333 phone
707.578.3133 fax

Warren L. Dranit, Calif. State Bar #160252
Karin P. Beam, Calif. State Bar #112331
SPAULDING MCCULLOUGH & TANSIL, LLP
90 South E Street, Suite 200
Santa Rosa, CA 95404
707.524.1900 phone
707.524.1906 fax

Attorneys for Plaintiff
FIRE INNOVATIONS, LLC

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| FIRE INNOVATIONS, LLC (a California limited liability company) <br><br> Plaintiff <br><br> vs. <br><br> RIT RESCUE & ESCAPE SYSTEMS, INC. (an Ohio corporation) <br><br> Defendant. | CASE NO. 3:09-cv-01703 BZ <br><br> [PROPOSED] ORDER EXTENDING DEADLINE TO FILE PROPOSED SCHEDULE AND CONTINUING STATUS CONFERENCE |

GOOD CAUSE BEING SHOWN THERFOR IT IS HEREBY ORDERED that the counsel for both parties meet in person, with their respective clients if necessary, in an effort to

/ / /
/ /
/
/

*[Proposed] Order Extending Deadline to File Proposed Schedule and Continuing Status Conference*     1

settle this case. If the parties are unable to resolved the case, a further status conference is set for _____January 4, 2010_____, _____, at 4 p.m. in Courtroom G, 15th Floor, Federal Building, 250 Golden Gate Avenue, San Francisco, California 94102. By no later than __December 28, 2009_____, _____, the parties shall submit a proposed schedule to comply with the Patent Local Rules. If they cannot agree, each party shall submit its proposed schedule.

IT IS SO ORDERED.

DATED: __November 23, 2009____     By: ___*(signature)*___
Bernard Zimmerman
United States Magistrate Judge

*[Proposed] Order Extending Deadline to File Proposed Schedule and Continuing Status Conference*

2