1  Craig M. Stainbrook, Calif. State Bar #160876
   STAINBROOK & STAINBROOK, LLP
2  412 Aviation Boulevard, Suite H
   Santa Rosa, California 95403
3  707.578.9333 phone
   707.578.3133 fax
4
   Warren L. Dranit, Calif. State Bar #160252
5  Karin P. Beam, Calif. State Bar #112331
   SPAULDING MCCULLOUGH & TANSIL, LLP
6  90 South E Street, Suite 200
   Santa Rosa, CA 95404
7  707.524.1900 phone
   707.524.1906 fax
8

9  Attorneys for Plaintiff
   FIRE INNOVATIONS, LLC
10

11
                    **UNITED STATES DISTRICT COURT**
12
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13
                          **SAN FRANCISCO**
14
   FIRE INNOVATIONS, LLC                  CASE NO. 3:09-cv-01703 BZ
15        (a California limited liability
   company)
16
            Plaintiff
17                                        **[PROPOSED] ORDER EXTENDING**
        vs.                               **DEADLINE TO FILE PROPOSED SCHEDULE**
18                                        **AND CONTINUING STATUS CONFERENCE**
   RIT RESCUE & ESCAPE SYSTEMS, INC.
19        (an Ohio corporation)

20          Defendant.
   _____/
21

22      GOOD CAUSE BEING SHOWN THERFOR IT IS HEREBY ORDERED that the

23  counsel for both parties meet in person, with their respective clients if necessary, in an effort to

24  /     /     /

25  /     /

26  /

27  /

28
   *[Proposed] Order Extending Deadline
   to File Proposed Schedule and Continuing
   Status Conference*                        1

1 settle this case. If the parties are unable to resolved the case, a further status conference is set for
2 _____ January 4, 2010 _____, _____, at 4 p.m. in Courtroom G, 15th Floor, Federal
3 Building, 250 Golden Gate Avenue, San Francisco, California 94102.  By no later than
4 \_\_ December 28, 2009 _____, _____, the parties shall submit a proposed schedule to
5 comply with the Patent Local Rules. If they cannot agree, each party shall submit its proposed
6 schedule.
7 IT IS SO ORDERED.

9 DATED: \_\_November 23, 2009_____     By: _____*Bernard Zimmerman*_____
10                                                                          Bernard Zimmerman
                                                                             United States Magistrate Judge

*[Proposed] Order Extending Deadline
to File Proposed Schedule and Continuing
Status Conference*                         2