Craig M. Stainbrook, Calif. State Bar #160876
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
707.578.9333 phone
707.578.3133 fax

Warren L. Dranit, Calif. State Bar #160252
Karin P. Beam, Calif. State Bar #112331
SPAULDING MCCULLOUGH & TANSIL, LLP
90 South E Street, Suite 200
Santa Rosa, CA 95404
707.524.1900 phone
707.524.1906 fax

Attorneys for Plaintiff
FIRE INNOVATIONS, LLC

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| FIRE INNOVATIONS, LLC (a California limited liability company) | CASE NO. 3:09-cv-01703 BZ |
| Plaintiff | [PROPOSED] ORDER GRANTING PLAINTIFF FIRE INNOVATIONS, LLC'S REQUEST TO APPEAR BY TELEPHONE AT STATUS CONFERENCE |
| vs. | |
| RIT RESCUE & ESCAPE SYSTEMS, INC. | |
| Defendant. | |

Having considered the December 14, 2009 request by Plaintiff Fire Innovations, LLC that its counsel, STAINBROOK & STAINBROOK, LLP, be permitted to appear at the January 4, 2010 further status conference at 4:00 p.m. in Courtoom G, and good cause appearing therefor, IT IS HEREBY ORDERED and said request is GRANTED.

DATED: December 15, 2009

_____
Judge Bernard Zimmerman

*[Proposed] Order Granting Plaintiff, Fire Innovations, LLC's Request to Appear by Telephone at Status Conference*     1