1 | Craig M. Stainbrook, Calif. State Bar #160876
STAINBROOK & STAINBROOK, LLP
2 | 412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
3 | 707.578.9333 phone
707.578.3133 fax
4 |
Warren L. Dranit, Calif. State Bar #160252
5 | Karin P. Beam, Calif. State Bar #112331
SPAULDING MCCULLOUGH & TANSIL, LLP
6 | 90 South E Street, Suite 200
Santa Rosa, CA 95404
7 | 707.524.1900 phone
707.524.1906 fax
8 |
Attorneys for Plaintiff
9 | FIRE INNOVATIONS, LLC

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| FIRE INNOVATIONS, LLC<br>   (a California limited liability company)<br><br>          Plaintiff<br><br>          vs.<br><br>RIT RESCUE & ESCAPE SYSTEMS, INC.<br><br>          Defendant.<br>_____/ | CASE NO. 3:09-cv-01703 BZ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF FIRE INNOVATIONS, LLC'S REQUEST TO APPEAR BY TELEPHONE AT STATUS CONFERENCE |

Having considered the December 14, 2009 request by Plaintiff Fire Innovations, LLC that its counsel, STAINBROOK & STAINBROOK, LLP, be permitted to appear at the January 4, 2010 further status conference at 4:00 p.m. in Courtoom G, and good cause appearing therefor, IT IS HEREBY ORDERED and said request is GRANTED.

DATED:   December 15, 2009

_____
Judge Bernard Zimmerman

*[Proposed] Order Granting Plaintiff, Fire Innovations, LLC's Request to Appear by Telephone at Status Conference*     1