**VEATCH CARLSON, LLP**
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
700 SOUTH FLOWER STREET, 22nd FLOOR
LOS ANGELES, CALIFORNIA 90017-4209
TELEPHONE (213) 381-2861
FACSIMILE (213) 383-6370

TONI KERN, State Bar No. 128607
tkern@veatchfirm.com

Attorneys for Defendant,
RIT RESCUE & ESCAPE SYSTEMS, INC.

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRE INNOVATIONS, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RIT RESCUE & ESCAPE SYSTEMS, INC., an Ohio corporation,<br><br>　　　　　Defendant. | CASE NO. CV 09-1703 BZ<br><br>[Proposed] ORDER GRANTING DEFENDANT RIT RESCUE & ESCAPE SYSTEMS, INC.'S REQUEST TO APPEAR BY TELEPHONE AT THE INITIAL CASE MANAGEMENT CONFERENCE<br><br>DATE :　　January 4, 2010<br>TIME :　　4:00 p.m.<br>COURTROOM:　G |

Having considered the December 15, 2009 request by Defendant RIT RESCUE & ESCAPE SYSTEMS, INC. that its counsel of record, Veatch Carlson, be permitted to appear at the January 4, 2010 Further Status Conference at 4:00 p.m. in Courtroom G. Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.

/ / /

/ / /

- 1 -

1 | Good cause appearing therefor, IT IS HEREBY ORDERED that said
2 | request is GRANTED.

DATED: December 15, 2009      By: /s/ Bernard Zimmerman
Bernard Zimmerman
United States Magistrate Judge

I:\WP\16635278\PLD-ORDER RE TELEPHONIC APP 1-4-10.wpd

- 2 -