# U. S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRE INNOVATIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RIT RESCUE & ESCAPE SYSTEMS, INC., a Ohio corporation,<br><br>Defendants. | Case No.: CV 09-1703 BZ<br><br>[PROPOSED] SCHEDULING ORDER<br><br>DATE: January 4, 2010<br>TIME: 4:00 p.m.<br>CTRM: G<br>JUDGE: Bernard Zimmerman |

The [Proposed] Scheduling Order is hereby adopted by the Court as the Scheduling Order for the case and the parties are ordered to comply with this Order. In addition, the Court orders:

Markman hearing - Aug 4, 2010 - 10am
Last day to hear summary judgment - Dec 15, 2010 - 10am
Pretrial Conf - Jan 18, 2011 - 4pm
Trial - Feb 7, 2011 - 8:30am

IT IS SO ORDERED.

Dated: 29 Dec 09

Hon. Bernard Zimmerman
United States Magistrate Judge

4

[PROPOSED] SCHEDULING ORDER                                    CV 09-1703 BZ