Craig M. Stainbrook, Calif. State Bar #160876
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
707.578.9333 phone
707.578.3133 fax

Warren L. Dranit, Calif. State Bar #160252
Karin P. Beam, Calif. State Bar #112331
SPAULDING McCULLOUGH & TANSIL, LLP
90 South E Street, Suite 200
Santa Rosa, CA 95404
707.524.1900 phone
707.524.1906 fax

Attorneys for Plaintiff
FIRE INNOVATIONS, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| FIRE INNOVATIONS, LLC<br>(a California limited liability company)<br><br>Plaintiff<br><br>vs.<br><br>RIT RESCUE & ESCAPE SYSTEMS, INC.<br><br>Defendant. | CASE NO. 3:09-cv-01703 BZ<br><br>STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER |

The parties, by and through their respective attorneys, hereby stipulate and agree as follows:

(1) A discovery dispute has arisen in connection with Defendant RIT Rescue & Escape Systems, Inc.'s responses to Plaintiff's first sets of discovery requests.

*Stipulation and [Proposed] Order to Modify Scheduling Order*

(2) There is insufficient time for the parties to meet and confer and either resolve the matter or submit it to the Court for its consideration and intervention before the March 16, 2010 deadline for Plaintiff must file its Invalidity Contentions.

(3) The parties wish to schedule a meeting and then meet either by telephone or in person in an effort to resolve the current discovery dispute, pursuant to the Order Scheduling Jury Trial and Pretrial Matters, ECF-CAND Doc. No. 49, dated January 5, 2010. It is anticipated that such a meeting can be held and completed within two weeks of the date of this stipulation.

(4) Thereafter, to ensure that the parties have sufficient time to complete the matters presently set on the Scheduling Orders, ECF-CAND Doc Nos. 46-47, dated December 28, 2009 and December 29, 2010, respectively, the parties agree that all matters on the Scheduling Order be continued for one-month.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

3/11/2010
Dated

Craig M. Stainbrook
STAINBROOK & STAINBROOK, LLP
Attorneys for Plaintiff
FIRE INNOVATIONS, LLC

3-11-10
Dated

Steve Segura
VEATCH CARLSON, LLP
Attorneys for Defendant
RIT RESCUE & ESCAPE SYSTEMS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 15, 2010     By: _____

Bernard Zimmerman
United States Magistrate Judge

*Stipulation and [Proposed] Order to Modify Scheduling Order*

CASE NO. 3:09-cv-01703 BZ

2