Craig M. Stainbrook, Calif. State Bar #160876
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
707.578.9333 phone
707.578.3133 fax

Warren L. Dranit, Calif. State Bar #160252
Karin P. Beam, Calif. State Bar #112331
SPAULDING MCCULLOUGH & TANSIL, LLP
90 South E Street, Suite 200
Santa Rosa, CA 95404
707.524.1900 phone
707.524.1906 fax

Attorneys for Plaintiff
FIRE INNOVATIONS, LLC

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

FIRE INNOVATIONS, LLC
(a California limited liability company)

Plaintiff

vs.

RIT RESCUE & ESCAPE SYSTEMS, INC.

Defendant.

CASE NO. 3:09-cv-01703 BZ

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS INVALIDITY CONTENTIONS AND FOR THE PARTIES TO FILE AND SERVE PAPERS RELATING TO CLAIM CONSTRUCTION AND THE CLAIM CONSTRUCTION HEARING

The parties, by and through their respective attorneys, hereby stipulate and agree as follows:

(1) Defendant has filed a Covenant Not to Sue, EFC-CAND Doc. No. 54.

(2) Defendant has indicated that it will in due course file a Motion to Dismiss relating to the patent claims presently in the action. The motion is tentatively planned for hearing on June 2, 2010. Plaintiff opposes such an effort. The Court's decision on this matter will have a bearing on the claims at issue in this case.

*Stipulation and [Proposed] Order to Extend Time for Plaintiff to File Its Invalidity Contentions*

CASE NO. 3:09-cv-01703 BZ

1

1  (3) The deadline for Plaintiff to file its invalidity contentions is currently set for April 17,
2  2010. Deadlines relating to the exchange of proposed terms of construction, to complete claims
3  construction discovery, to file a joint claim construction and pre-hearing statement, and to file
4  briefs for the claim construction hearing follow shortly thereafter.

5  (4) Plaintiff and Defendant believe it would serve the interests of judicial economy to
6  resolve the question of whether the patent claims will remain in this action before preparing and
7  filing papers relating to patent invalidity and claim prosecution.

8  (5) Accordingly, the parties hereby stipulate and agree that Plaintiff shall have until July
9  2, 2010, to file its invalidity contentions, and that all other dates relating to claim construction
10  and claim construction discovery will be extended and/or continued a period of at least thirty (30)
11  days, the exact dates for which shall be presented to the Court in a proposed modified scheduling
12  order.

14  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

15  4/15/2010
16  Dated
    Craig M. Stainbrook
    STAINBROOK & STAINBROOK, LLP
17  Attorneys for Plaintiff
    FIRE INNOVATIONS, LLC

18  4-15-10
19  Dated
    Steve Segura
    VEATCH CARLSON, LLP
20  Attorneys for Defendant
    RIT RESCUE & ESCAPE SYSTEMS, INC.

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

24  DATED: 16 April 2010

25  Bernard Zimmerman
    United States Magistrate Judge

28  Stipulation and [Proposed] Order to Extend Time
    for Plaintiff to File Its Invalidity Contentions

CASE NO. 3:09-cv-01703 BZ

2