| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Christian J. Rowley (SBN 187293) |
| 2 | Email: Crowley@seyfarth.com |
| | 560 Mission Street, Suite 3100 |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 4 | Facsimile: (415) 397-8549 |
| 5 | Attorneys for Defendants |
| | INTERSTATE HOTELS & RESORTS, INC.; INTERSTATE MANAGEMENT COMPANY, |
| 6 | LLC |
| 7 | LEONARD CARDER, LLP |
| | Christine S. Hwang (SBN 184549) |
| 8 | Email: chwang@leonardcarder.com |
| | Phil A. Thomas (SBN 248517) |
| 9 | Email: pthomas@leonardcarder.com |
| | 1188 Franklin Street, Suite 201 |
| 10 | San Francisco, CA 94109 |
| | Telephone: (415) 771-6400 |
| 11 | Facsimile: (415) 771-7010 |
| 12 | Attorneys for Plaintiffs |
| | HOTEL & RESTAURANT EMPLOYEES HEALTH & WELFARE TRUST FUND, et al. |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOTEL & RESTAURANT EMPLOYEES HEALTH & WELFARE TRUST FUND; EAST BAY RESTAURANT & TAVERN RETIREMENT PLAN; BILL BACIGALUPI, in his official capacity as Trustee; JAMES DU PONT, in his official capacity as Trustee; LIAN ALAN, in his official capacity as Trustee; MARK CLEMENT, in his official capacity as Trustee; DOUGLAS CORNFORD, in his official capacity as Trustee; THERESA ERWIN, in her official capacity as Trustee, WE-LING HUBER, in her official as Trustee; and IVANA KRJCINOVIC, in her official capacity as Trustee; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. C09-04998 BZ MED  **JOINT STIPULATION AND MOTION TO MOVE MEDIATION CUT-OFF DATE** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| INTERSTATE HOTELS & RESORTS, INC.; INTERSTATE MANAGEMENT COMPANY, LLC, dba CLAREMONT RESORT AND SPA; | ) ) ) ) | |
| Defendants. | ) ) | |

-1-
Joint Stipulation and Motion to Move Mediation Cut-Off Date/ Case No.C09-04998 BZ MED

1                                             )

2

3        The Court ordered the parties to complete mediation by May 10, 2010.  The parties have

4 met in informal settlement negotiations over the last two months and are hopeful that the case

5 will resolve within the next few weeks without the need for a formal mediation.

6        The parties and appointed mediator, however, have held a pre-mediation conference call,

7 and have agreed on May 26, 2010, to mediate the case if it does not otherwise resolve before

8 then.

9

10        Based on the foregoing, the parties hereby stipulate and move to move the mediation cut-

11 off date from May 10, 2010 to May 27, 2010 to provide an opportunity to resolve this matter and

12 to accommodate the schedules of the parties.

13

DATED: May 6, 2010                               SEYFARTH SHAW LLP

14

                                                        /s/ Christian J. Rowley

15

                                                       By_____

16                                                              Christian J. Rowley
                                                           Attorney for Defendants
17                                                            INTERSTATE HOTELS & RESORTS,
                                                           INC.; INTERSTATE MANAGEMENT
18                                                            COMPANY, LLC

19 DATED: May 6, 2010                               LEONARD CARDER, LLP

20

21                                                         By_____/s/Christine S. Hwang_____
                                                            Christine S. Hwang
22                                                            Phil A. Thomas
                                                           Attorney for Plaintiffs
23                                                            HOTEL & RESTAURANT EMPLOYEES
                                                           HEALTH & WELFARE TRUST FUND, et
24                                                            al.

25

26

27

28                                                   -2-
Joint Stipulation and Motion to Move Mediation Cut-Off Date/ Case No.C09-04998 BZ
                                                                   MED

1
2
**ORDER**

The parties having stipulated, IT IS SO ORDERED.

3
DATED: 6 May 2010
4
5
6
Magistrate Judge Bernard Zimmerman
7
8
9
12302553v.1
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-
Joint Stipulation and Motion to Move Mediation Cut-Off Date/ Case No.C09-04998 BZ
MED