UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FIRE INNOVATIONS, LLC,<br><br>            Plaintiff(s),<br><br>     V.<br><br>RIT RESCUE & ESCAPE SYSTEMS, INC.,<br><br>            Defendant(s). | No.  C09-1703 BZ<br><br>**STAY ORDER** |

Following a telephone conference at which both parties were represented by counsel **IT IS HEREBY ORDERED** as follows:

   1.   This matter is **STAYED** pending further order of the Court.  Specifically, this means that the hearing presently scheduled for June 2, 2010 on defendant's motion to dismiss is **VACATED**, subject to being rescheduled should this case not settle.  A new briefing schedule will issue at that time.

   2.   Plaintiff's request for leave to file a motion to compel discovery will be reconsidered if the case does not settle.  In the interim, the parties are directed to

1

1  informally exchange sufficient information under Rule 408 to
2  enable each side to properly evaluate this case for settlement
3  purposes.
4       3.   The settlement conference presently scheduled for
5  July 22, 2010 before Judge Chen is **rescheduled** for **Thursday,**
6  **May 27, 2010 at 9:30 a.m.**, in **Courtroom C**, **15th Flr.**
7  Settlement conference statements shall be **lodged** with Judge
8  Chen's chambers no later than **May, 13, 2010**.  Judge Chen's
9  previous Settlement Conference Order otherwise remains in full
10 force and effect.
11 Dated: May 7, 2010

12                              _____
13                                     Bernard Zimmerman
                                 United States Magistrate Judge

14 G:\BZALL\-BZCASES\FIRE INNOVATIONS V. RIT RESCUE\STAY ORDER.wpd