UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRE INNOVATIONS, LLC,       )<br>                              )<br>          Plaintiff(s),    )<br>                              )<br>     v.                       )<br>                              )<br>RIT RESCUE & ESCAPE SYSTEMS, )<br>INC.,                         )<br>                              )<br>          Defendant(s).      )<br>_____) | No. C09-1703 BZ<br><br>**CONDITIONAL ORDER**<br>**OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: July 8, 2010

_____
                Bernard Zimmerman
           United States Magistrate Judge

G:\BZALL\-BZCASES\FIRE INNOVATIONS V. RIT RESCUE\ORDER OF CONDITIONAL DISMISSAL.wpd

1