UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| FIRE INNOVATIONS, LLC (a California limited liability company), <br><br>Plaintiff <br><br>vs. <br><br>RIT RESCUE & ESCAPE SYSTEMS, INC. (an Ohio corporation), <br><br>Defendant. | CASE NO. 3:09-cv-01703 BZ <br><br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties to this action through their respective attorneys of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: August 10 2010

Craig M. Stainbrook
STAINBROOK & STAINBROOK, LLP
Attorneys for Plaintiff
FIRE INNOVATIONS, LLC

Dated: August 9 2010

Steven R. Segura
Veatch Carlson
Attorneys for Defendant
RIT RESCUE & ESCAPE SYSTEMS, INC.

1

**ORDER**

It is so ordered.

Dated: _ August 12, 2010 __

_____
Judge Bernard Zimmerman